In the Matter of NASSAU COUNTY GRAND JURY SUBPOENA DUCES TECUM DATED JUNE 24, 2003. "DOE LAW FIRM" et al., Appellants; ELIOT SPITZER, as Attorney General of the State of New York, Respondent.

Submitted July 19, 2004; decided September 21, 2004

Motion for leave to appeal denied as unnecessary.

---

NEW STREET ICE COMPANY, INC., Appellant, v NEW YORK CITY DEPARTMENT OF BUSINESS SERVICES et al., Respondents.

Submitted July 26, 2004; decided September 21, 2004

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's denial of appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABDEL HAMILTON, Appellant.

Submitted September 13, 2004; decided September 21, 2004

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 45 West 45th Street, 7th Floor, New York, NY 10036 assigned as counsel to the appellant on the appeal herein.